COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Juan Ruben Garcia v. The State of Texas

Appellate case number:    01-15-00056-CR

Trial court case number:  65014

Trial court:               300th District Court of Brazoria County

On August 8, 2015, Stanley G. Schneider filed a motion to withdraw as appellant's retained counsel because counsel has determined that the appeal is frivolous. *See* TEX. R. APP. P. 6.5. Counsel's motion is **granted**. *See id.* Stanley G. Schneider is hereby **ordered** to immediately notify the appellant in writing of all deadlines and settings of which counsel is aware and to file a copy of the notice with the Clerk of this Court. *See id.*

It is **further ordered** that appellant, acting pro se or through newly retained counsel, file appellant's brief no later than 30 days from the date of this order. If appellant fails to file his brief by the set deadline, then this case will be set for submission and considered without briefs. *See* TEX. R. APP. P. 38.8(b)(4).

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                  ☒ Acting individually

Date:  August 20, 2015